UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-4920 FMO (RAOx) | Date | July 2, 2024 |
|---|---|---|---|
| Title | Daniel Bichanich v. Sara Young | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | | None Present |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**       **(In Chambers) Order Re: Briefing on Pending Motion**

The court is in receipt of Daniel Bichanich's ("plaintiff") Motion to Remand This Action to the Superior Court of California [] (Dkt. 18, "Motion") filed on June 21, 2024, and Ex Parte Application for Order Advancing [] Hearing (Dkt. 20, "Application"), filed on July 1, 2024.  IT IS ORDERED THAT:

1.  Plaintiff's Application **(Document No. 20)** is **granted** as set forth in this Order.

2.  Defendant Sara Young's Opposition or Notice of Non-Opposition to plaintiff's Motion must be filed and served no later than **July 5, 2024**.[1]  Failure to timely file an opposition shall be deemed as consent to the granting of the Motion.  See Local Rule 7-12.

3.  Plaintiff shall file and serve a Reply Memorandum no later than **July 10, 2024**.

4.  Unless the court orders otherwise, this Motion will be deemed submitted, without oral argument, on either:  (a) the day the opposition or notice of non-opposition is filed, or due and not filed; or (b) the day plaintiff's reply is filed, or due and not filed.  The court may order further briefing or other proceedings, at any time, as appropriate.

5.  The hearing set for August 1, 2024, is hereby **vacated**.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | vdr |

---

[1]  The instant Motion was filed on June 21, 2024, so defendant has had approximately 11 days to prepare her opposition.